**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NOE GUTIERREZ,** | ) |
| | ) Case No. |
| **Plaintiff,** | ) |
| | ) Judge |
| v. | ) |
| | ) Magistrate Judge |
| **P.O. TRAN #13269, Individually,** | ) |
| **and THE CITY OF CHICAGO,** | ) JURY DEMAND |
| **a Municipal Corporation,** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

**NOW COMES** the Plaintiff, NOE GUTIERREZ, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendants, P.O. TRAN #13269, Individually, and THE CITY OF CHICAGO, a Municipal Corporation, as follows:

## COUNT I – FALSE ARREST

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. § 1343 and § 1331, and supplemental Jurisdiction of the State of Illinois.

3. The Plaintiff, NOE GUTIERREZ, was at all relevant times a United States citizen and permanent resident of the State of Illinois.

4. The Defendant, P.O. P.O. TRAN #13269, was at all relevant times a duly appointed police officer of the CITY OF CHICAGO and was acting within his scope of employment and under color of law.

5. On April 25, 2020, the Plaintiff, NOE GUTIERREZ, was in the vicinity of the 5600 block of West Irving.

6. Police arrived on the scene and started to hassle some individuals.

7. As to not be involved, the Plaintiff, NOE GUTIERREZ, walked away.

8. The Plaintiff had not and was not committing a crime or breaking any laws.

9. The Defendant, P.O. TRAN #13269, chased down the Plaintiff.

10. The Plaintiff, NOE GUTIERREZ, ran out of fear.

11 The Plaintiff was not resisting arrest or fighting the police.

12. P.O. TRAN #13269 chased down the Plaintiff and handcuffed him and arrested him.

13. Said actions were intentional, willful, and wanton.

14. Said actions of the Defendant, P.O. TRAN #13269, violated the Plaintiff, NOE GUTIERREZ'S, Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. § 1983.

15. As a direct and proximate consequence of said conduct of the Defendant, P.O. TRAN #13269, the Plaintiff, NOE GUTIERREZ, suffered violations of his constitutional rights, emotional anxiety, fear, pain, suffering, and monetary loss.

**WHEREFORE**, the Plaintiff, NOE GUTIERREZ, prays for judgement against the Defendant, P.O. TRAN #13269, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – INDEMNIFICATION – CITY OF CHICAGO

1-15. The Plaintiff, NOE GUTIERREZ, hereby realleges and incorporates his allegations of paragraphs 1-15 of Count I as his respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

17. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

18. Defendant, P.O. TRAN #13269, is an employee of the CITY OF CHICAGO Police Department acting within the scope of his employment in committing the misconduct described herein.

19. Should the Defendant P.O. TRAN #13269 be found liable for the acts alleged above, the CITY OF CHICAGO would be liable to pay the Plaintiff, NOE GUTIERREZ, any judgment obtained against said Defendant.

**WHEREFORE**, the Plaintiff, NOE GUTIERREZ, prays for judgment against the Defendant, CITY OF CHICAGO, for reasonable compensatory damages, attorneys fees, and costs.

## JURY DEMAND

The Plaintiff, NOE GUTIERREZ, requests a trial by jury.

                                                  Respectfully submitted,

By:   */s/ Gregory E. Kulis*
           One of Plaintiff's Attorneys

**Gregory E. Kulis (No. 6180966)**
**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602-3368**
**p. (312) 580-1830 / f. (312) 580-1839**
**Email: gkulis@kulislawltd.com**